**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of Roaring Fork Capital Partners, Inc. d/b/a RE/MAX Northern Illinois, Plaintiff<br><br>v.<br><br>Walter M. Zubricki and Center Holding Company, Defendants | Case Number: FILED: SEPTEMBER 5, 2008<br>08CV5077<br>JUDGE DARRAH<br>MAGISTRATE JUDGE COX<br><br>CEM |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

Roaring Fork Capital Partners, Inc. d/b/a RE/MAX Northern Illinois

---

NAME (Type or print)
John F. Verhey

SIGNATURE (Use electronic signature if the appearance form is filed electronically)
　　　　s/John F. Verhey

FIRM:　DLA Piper LLP (US)

STREET ADDRESS:　203 North LaSalle Street, 19th Floor

CITY/STATE/ZIP　Chicago, IL 60601

ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)　06199571　　　TELEPHONE NUMBER　(312) 368-4044

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")　Y

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")　N

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")　Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")　Y

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

　RETAINED COUNSEL　　　　　　　　　APPOINTED COUNSEL