UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROARING FORK CAPITAL PARTNERS, INC. d/b/a RE/MAX NORTHERN ILLINOIS, | |
| Plaintiff, | Case No. 08cv5077 |
| v. | Honorable Judge Darrah |
| WALTER M. ZUBRICKI and CENTER HOLDING COMPANY, | Magistrate Judge Cox |
| Defendants. | |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Roaring Fork Capital Partners, Inc. d/b/a RE/MAX Northern Illinois ("RE/MAX Regional"), by its attorneys, move this Court, pursuant to Rule 65 of the Federal Rules of Civil Procedure, for issuance of:

I.  A preliminary injunction enjoining Defendants Walter M. Zubricki and Center Holding Company (collectively, "Defendants"), their agents, servants and employees, and all those individuals in active concert or participation with them, from:

   a.  using the RE/MAX trademarks, trade names, logos or distinctive red-over-white-over-blue trade dress in connection with the operation of Defendants' real estate brokerage business, including, but not limited to, on all exterior and interior signage, correspondence and business cards;

   b.  identifying Defendants' real estate brokerage business as a current or former RE/MAX real estate brokerage office;

  c. identifying Defendants' real estate brokerage business with the name "Home Center Realty" or any confusingly similar name.

II. A preliminary injunction ordering the Defendants, their agents, servants and employees, and all those individuals in active concert or participation with them, to:

  a. notify the telephone companies and all online directory listing agencies of the termination of Defendants' right to use any general or direct inside dial telephone numbers, facsimile numbers or telephone directory listings associated with their former RE/MAX business, and to take all necessary steps to cause the transfer of those telephone and facsimile numbers to RE/MAX Regional;

  b. cancel or assign to RE/MAX Regional the website address www.rxhc.com and any other electronic address, domain name, URL or website formerly associated with Defendants' RE/MAX business;

  c. return to RE/MAX Regional all training manuals, a six-foot cold air balloon and any other materials belonging to RE/MAX Regional or displaying the RE/MAX trademarks, trade names or logos;

  d. obtain new Multiple Listing Service identification numbers for Defendants' current real estate brokerage business;

  e. change the trade name Home Center Realty, under which Defendants currently operate a real estate brokerage business, to a completely different name.

III. An order requiring Defendants to file with the Court and to serve upon Plaintiff's counsel, within ten (10) days after the entry of any preliminary injunction, a written report, under oath, setting forth in detail the manner in which Defendants have complied with that preliminary injunction.

IV.     An order requiring Defendants to pay RE/MAX Regional its costs and expenses, including reasonable attorney's fees, incurred in enforcing its right to preliminary injunctive relief, as provided for in the parties' franchise agreement, subject to RE/MAX Regional's submission of supporting evidence of such costs and fees following entry of a preliminary injunction.

Unless Defendants' contractual breaches are enjoined, RE/MAX Regional will continue to suffer irreparable harm, including lost business opportunities, lost sales and damage to its goodwill and reputation.

In support of its Motion for Preliminary Injunction, RE/MAX Regional submits the accompanying memorandum of law and the Declaration of James Merrion and the exhibits attached thereto.

Respectfully submitted,

**ROARING FORK CAPITAL PARTNERS, INC.
d/b/a RE/MAX NORTHERN ILLINOIS**

s/John F. Verhey (06199571)
DLA Piper LLP (US)
203 N. LaSalle, Suite 1900
Chicago, IL, 60601
(312) 368-4044
