**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **ROARING FORK CAPITAL PARTNERS, INC. d/b/a RE/MAX NORTHERN ILLINOIS,** | |
| Plaintiff, | Case No. 08cv5077 |
| v. | Honorable Judge Darrah |
| **WALTER M. ZUBRICKI AND CENTER HOLDING COMPANY,** | Magistrate Judge Cox |
| Defendants. | |

**NOTICE OF MOTION**

To:   Walter M. Zubricki                   Center Holding Company
      22 South Birchwood                   c/o Walter M. Zubricki
      Palos Park, IL 60464                 22 South Birchwood
                                           Palos Park, IL 60464

PLEASE TAKE NOTICE that on Thursday, September 11, 2008 at 9:00 a.m., we shall appear before the Honorable Judge Darrah in Room 1203, U.S. District Court, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the attached Motion for Preliminary Injunction, a copy of which is served upon you herewith.

Dated: September 5, 2008          **ROARING FORK CAPITAL PARTNERS, INC.**
                                  **d/b/a RE/MAX NORTHERN ILLINOIS**


                                  s/John F. Verhey (06199571)
                                  DLA Piper LLP (US)
                                  203 N. LaSalle, Suite 1900
                                  Chicago, IL, 60601
                                  (312) 368-4044

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that before 5:00 p.m. on September 5, 2008, he placed for service with a process server via messenger delivery, upon the following party, a copy of the following:

- Appearance
- Summons
- Complaint for Injunctive Relief
- Motion for Preliminary Injunction
- Memorandum in Support of Motion for Preliminary Injunction
- Notice of Motion
- Affidavit of James Merrion

to:    Walter M. Zubricki          Center Holding Company
       22 South Birchwood         c/o Walter M. Zubricki
       Palos Park, IL 60464       22 South Birchwood
                                  Palos Park, IL 60464

Dated: September 5, 2008          **ROARING FORK CAPITAL PARTNERS, INC.
                                  d/b/a RE/MAX NORTHERN ILLINOIS**

                                  s/John F. Verhey (06199571)
                                  DLA Piper LLP (US)
                                  203 N. LaSalle, Suite 1900
                                  Chicago, IL, 60601
                                  (312) 368-4044